Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 100 (AKH)

DONALD HAYNES (AND WIFE, NADINE HAYNES),   Index No.: 07-CV-5131

                Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

  -against-   **ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

                Defendant(s).
-------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

     WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        November 8, 2007

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    PHILLIPS & JORDAN, INC.

                                    By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel